JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HAMID KHAN, <br><br> Plaintiff, <br><br> v. <br><br> DAVID ROARK, Director, USCIS, Texas Service Center; GERARD HEINAUER, Director, USCIS, Nebraska Service Center; MICHAEL AYTES, Acting Deputy Director, USCIS; U.S. CITIZENSHIP & IMMIGRATION SERVICES; JANET NAPOLITANO, Secretary, USDHS; U.S. DEPARTMENT OF HOMELAND SECURITY; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; ERIC J. HOLDER, JR. U.S. Attorney General, <br><br> Defendants. | No. C 09-2171 MHP <br><br> **SECOND STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a second extension of time within which the Defendants must serve their Answer in the above-entitled action. Plaintiff was given a second extension of time to respond to Defendants' request for evidence. In order for the parties to see if they can resolve the matter without further litigation, the parties ask for an additional 30 days for Defendants to answer the Complaint. The Defendants will file their answer

///

Second Stipulation to Extend Time to Answer
C 09-2171 MHP                              1

1 | on or before **September 21, 2009.**

2 | Dated: August 4, 2009                                    Respectfully submitted,

3 |                                                          JOSEPH P. RUSSONIELLO
                                                             United States Attorney

5 |                                                          _____/s/_____
                                                             ILA C. DEISS[1]
6 |                                                          Assistant United States Attorney

9 | Dated: August 4, 2009                                    _____/s/_____
                                                             ROBERT B. JOBE
10|                                                          Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  8/6/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Second Stipulation to Extend Time to Answer
C 09-2171 MHP                                                2