Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAMID KHAN, <br><br> Plaintiff, <br><br> v. <br><br> DAVID ROARK, ET AL., <br><br> Defendants. | No.  C    09-2171 MHP <br><br> **STIPULATION TO DISMISS;** <br> **[PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

Dated: September 1, 2009        Respectfully submitted,

/s/
_____
ROBERT B. JOBE[1]
Attorney for Plaintiff

---

[1] I, Robert B. Jobe, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
No. C 09-2171 MHP

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 1, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | /s/ |
| 4 | | _____<br>ILA C. DEISS<br>Assistant United States Attorney |
| 5 | | Attorneys for Defendants |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  9/2/2009



MARILYN H. PATEL
United States District Judge

Stipulation to Dismiss
No. C 09-2171 MHP